UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DRYTIME RESTORATION, LLC, | CASE NO. 2:23-cv-00952-LK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| STATE FARM FIRE & CASUALTY COMPANY, | |
| Defendant. | |

Pursuant to the parties' Stipulated Motion for Dismissal, Dkt. No. 31, all of Plaintiff's claims against Defendant are hereby DISMISSED with prejudice and without an award of costs or attorney's fees to any party, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 17th day of January, 2025.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1